UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03-CV-592-MU

| SCOTTIE BARBER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **O R D E R** |
| FEDEX FREIGHT EAST, INC., | ) | |
| Defendant. | ) | |

**THIS MATTER** comes before the Court upon its own motion. It has come to the Court's attention that this case has been settled and Plaintiff has filed a notice of voluntary dismissal. However, under the terms of Rule 41 of the Federal Rules of Civil Procedure, a court order is required to allow a voluntary dismissal once an answer has been filed. As all claims in the matter have been resolved, the voluntary dismissal is allowed and this case is hereby **DISMISSED**.

IT IS SO ORDERED.

Signed: July 12, 2006

Graham C. Mullen
United States District Judge